NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                Crim. No. 3:05mj134

Irene Garcia

On September 8, 2005, the above named was placed on Probation for a period of one year. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Irene Garcia be discharged from Probation.

Respectfully submitted,

*[signature]*
Stephen R. Pridgen
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this  16TH  day of  March , 20 06 .

*[signature]*
Elizabeth M. Timothy
United States Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

06 MAR 17 PM 4:31

FILED